UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTORIC WILSON | * | CIVIL ACTION NO. 2:15-cv-1066 |
|     FED. REG. #40955-074 | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| C. MAIRORANA | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 4) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 3 day of _____ Jan _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE